UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE AVERY, | No. 2:15-cv-1517 KJN P |
| Plaintiff, | |
| v. | ORDER |
| J. BEARD, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel. Plaintiff consented to proceed before the undersigned for all purposes. See 28 U.S.C. § 636(c). On April 5, 2016, plaintiff filed objections to the order transferring this action to the Southern District of California.

However, this court no longer has jurisdiction over this action. See Lou v. Belzberg, 834 F.2d 730, 733 (9th Cir. 1987). Transfer of this action, and the end of this court's jurisdiction, was effective when the Southern District of California docketed the case. See id. at 733. The appropriate course of action for plaintiff, if any, is to move the court in the Southern District of California to transfer the action back to the Eastern District of California. See Posnanski v. Gibney, 421 F.3d 977, 980-81 (9th Cir. 2005); see also Starnes v. McGuire, 512 F.2d 918, 924 (D.C. Cir. 1974) ("the appropriate course of action when physical transfer has already taken place . . . is a new proceeding seeking retransfer in the transferee court").

////

1

1    Accordingly, IT IS HEREBY ORDERED that this court lacks jurisdiction to address
2 plaintiff's objections (ECF No. 7).
3 Dated:  April 26, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

aver1517.objs.transfer